IN THE MATTER OF THE GUARDIANSHIP OF R.F.R.

September 24, 1984.

Petition for certification denied.

TAMARA ENTERPRISES, INC. v. J.A.M. ICE CREAM, INC.

September 24, 1984.

Petition for certification denied.

IN THE MATTER OF THE GUARDIANSHIP OF R.I.S.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN DEROSA.

September 24, 1984.

Petition for certification denied.